UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DEAN DAWSON, | No. 2:19-cv-1628 AC P |
| Petitioner, | |
| v. | ORDER |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The application attacks a conviction issued by the Santa Clara County Superior Court. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Santa Clara County. Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 499 n.15 (1973); 28 U.S.C. § 2241(d).

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

This matter is transferred to the United States District Court for the Northern District of California.

DATED: August 26, 2019

_Allison Claire_

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE